IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRISTINE LEE, : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | CIVIL NO. 3:13-CV-00129 |
| : | |
| CAROLYN W. COLVIN, ACTING : | (Judge Brann) |
| COMMISSIONER OF SOCIAL : | |
| SECURITY, : | |
| : | |
| Defendant : | |

ORDER
March 18, 2014

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

      1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Kristine Lee as set forth in the following paragraph.

      2. The decision of the Commissioner of Social Security denying Kristine Lee disability insurance benefits is affirmed.

      3. The Clerk of Court shall close this case.

      By the Court:

      S/MATTHEW W. BRANN
      Matthew W. Brann
      United States District Judge